FILED
November 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003890830

3
RANDELL PARKER
Chapter 7 Trustee
3820 Herring Road
Arvin, CA   93203
(661)854-1503

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

Estela Serafica Hardman,

Debtor
_____/

Case No: 10-62433-B
Chapter 7
DC NO.  RP-2

Date:   December 1, 2011
Time:   10:00 a.m.
Place:  1300 18th Street, First Floor
        Bakersfield, CA
Judge:  W. Richard Lee

**MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY TO THIRD PARTY**

Randell Parker, Chapter 7 Trustee ("Trustee") respectfully represents:

**I.    INTRODUCTION**

The Trustee moves the Court for authority to sell the estate's interest in the real property known as Lot 14 of tract 28767, 1.38 acres at 101st W and Ave B, Lancaster, CA ("Real Property") to Velur Properties, LLC ("Buyer") for $6,000.00. A legal description for the Real Property is attached as Exhibit "A": to the *Exhibits in Support of the Motion for Order Authorizing Trustee to Sell Real Property to Third Party* ("the Exhibits"). The Trustee believes that the sale of the estate's interest in the Real Property to the Buyer is in the best interest of the estate because the Buyer is paying fair market value, has cash and escrow will be able to close within thirty days of approval of the sale.

## II. FACTUAL BACKGROUND

Estela Serafica Hardman ("Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("U.S.C.") on October 27, 2010, and Randell Parker was appointed Chapter 7 Trustee.

This Court has jurisdiction under 28 U.S.C. §1334 and 11 U.S.C. Section 363. This is a core matter under 28 U.S.C. §157 (b)(2)(A) and (N).

The Debtor listed 2.3 acres of vacant land located in Lancaster, CA in Schedule A – Real Property of the bankruptcy petition, noting no claim of exemption in the Real Property. A copy of Schedules A and C are attached as Exhibit "B" to the Exhibits. The Assessor's Map, attached as Exhibit "C" to the Exhibits, shows the property to be 1.38 acres.

According to a Preliminary Title Report obtained from Chicago Title Company, the property is owned free and clear of liens.

The Broker received an offer from Buyer to purchase the Real Property for $6,000.00. The Trustee has accepted the offer and believes $6,000.00 represents the fair market value of the Real Property and the best price obtainable under the conditions of Debtor's Chapter 7 case because the property has been listed for about eight months and there has been little interest in the property. However, the sale of the Real Property is subject to higher and better bids at the time of the hearing.

The Trustee and Buyer executed and entered into a Vacant Land Purchase Agreement and Joint Escrow Instructions and Addendum 1("Agreement"). A copy of the Agreement is attached as Exhibit "D" to the Exhibits. Buyers have provided a $250.00 deposit to the Trustee. The deposit is non-refundable if the Buyer fails to perform, however if there is an overbid at the hearing, the deposit will be refunded to Velur Properties, LLC.

The Trustee believes that the sale of the Real Property to Buyer is in the best interest of the estate because it will yield approximately as follows:

| | |
|---|---|
| Offer | $6,000.00 |
| Approximate Costs of Sale 30% (realtor and escrow) | $1,800.00 |
| Approximate amount to be Paid to Estate: | $4,200.00 |

### III. CONCLUSION

WHEREFORE, the Trustee prays for an order providing that:

1. the Motion be granted;

2. he be authorized to sell the estate's interest in the Real Property known as Lot 14 of tract 28767, 1.38 acres at 101st W and Ave B, Lancaster, CA to Velur Properties, LLC for $6,000.00, subject to higher and better bids;

3. he be authorized to pay real estate commissions totaling 10% out of escrow;

4. he be authorized to pay escrow fees out of escrow;

5. he be authorized to execute all documents necessary to effectuate the sale of the estate's interest in the Real Property to Buyer; and

6. for such other relief as the court determines is just and proper.

**DATED: November 4, 2011**　　　　　　　　/s/ Randell Parker
　　　　　　　　　　　　　　　　　　　　Randell Parker
　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　　　3820 Herring Road
　　　　　　　　　　　　　　　　　　　　Arvin, CA   93203